UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60140-CIV-MARRA/JOHNSON

GENNARO BRUNO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

03-60267-CR-KAM*

## ORDER

THIS CAUSE comes before the Court upon Movant's Motion to Vacate, Set Aside or Correct Sentence [DE 1].

.    THESE MATTERS were referred to the Honorable Barry S. Seltzer, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated April 14, 2006, has been filed [DE 9], recommending Movant's Motion to Vacate, Set Aside or Correct Sentence [DE 1] be denied. The Court has conducted a *de novo* review of the entire file and considered the objections filed.

It is hereby **ORDERED AND ADJUDGED** that the Report and Recommendation is Affirmed and Adopted and Movant's Motion to Vacate, Set Aside or Correct Sentence [DE 1] is Denied. The Court is familiar with the underlying facts of the RICO conspiracy charged in the indictment and to which Movant pled guilty. The Court presided over the trial of the lead defendant charged in the conspiracy and heard all of the evidence presented by the United States to support the charge. See United States v. Trucchio, Case No. 05-14830-Criminal (11th Cir. Jan. 30, 2007) (unpublished). The New York charge for which Defendant was serving another term of

imprisonment (01-CR277-01) was not relevant conduct to the offense to which Movant pled guilty in this case, nor was it the basis for an increase in the offense level for the instant offense.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of April 2007.

                                                   KENNETH A. MARRA
                                                   United States District Judge

Copies to:

Magistrate Judge Barry S. Seltzer

All counsel of record